UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13

RASHAAD G. LANE  CASE NO. 16-81200

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   JPMorgan Chase Bank NA   **Court claim #: 8**

**Last four digits** of any number used to identify the debtor's account: 9549

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $192.83 |
| Amount Paid by Trustee | $192.83 |

| *Monthly ongoing Mortgage Payment* | | |
|---|---|---|
| Mortgage is paid: | | |
| ☐ Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   4/25/18    /s/Lydia S. Meyer
                    Lydia S. Meyer, Trustee
                    308 W. State St., Suite 212
                    Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 25TH Day of April, 2018

Dated:   4/25/18    /s/Cynthia K. Burnard

JPMORGAN CHASE BANK NATIONAL ASSOC.
OH4-7142
3415 VISION Drive
COLUMBUS, OH 43219

CHASE MORTGAGE
PO BOX 24696
COLUMBUS, OH  43224

TODD J. RUCHMAN
MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

CHASE RECORDS CENTER
ATTN: CORRESPONDENCE MAIL
MAIL CODE LA4-5555 700 KANSAS LANE
MONROE, LA 71203

RASHAAD G. LANE
2004 WEST 4TH STREET
DIXON, IL  61021

SPRINGER LAW FIRM
ATTORNEY DANIEL A. SPRINGER
5301 E. STATE ST., SUITE 105
ROCKFORD, IL  61108